UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAE RUSHING, | § | |
|    *Plaintiff,* | § § § | |
| v. | § § | CASE No.: 3:22-cv-02434-L |
| HUNTER WARFIELD, INC., | § § | |
|    *Defendant.* | § | |

### DEFENDANT HUNTER WARFIELD, INC.'S ORIGINAL ANSWER TO PLAINTIFF'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Hunter Warfield, Inc. ("Defendant" or "HWI"), and files this Answer to Plaintiff Mae Rushing ("Plaintiff")'s Complaint and would respectfully show unto the Court as follows:

### NATURE OF THE ACTION

HWI admits that Plaintiff brought this case pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"). HWI denies that it violated any statutory provisions of the FDCPA.

### JURISDICTION AND VENUE

HWI lacks knowledge or information sufficient to form a belief about the truth of the Complaint's allegations related to the Court's jurisdiction and/or venue; therefore, HWI denies the same.

### CAUSES OF ACTION

Count I.    HWI denies Count I of the Complaint.

Count II.    HWI denies Count II of the Complaint. *See Exhibit A; Exhibit B; Exhibit C.*

| | |
|---|---|
| Count III. | HWI denies Count III of the Complaint. *See Exhibit A*. |
| Count IV. | HWI denies Count IV of the Complaint. *See Exhibit B; Exhibit C*. |
| Count V. | HWI denies Count V of the Complaint. |
| Count VI. | HWI denies Count IV of the Complaint. *See Exhibit B; Exhibit C*. |
| Count VII. | HWI denies Count IV of the Complaint. |
| Count VIII. | HWI denies Count IV of the Complaint. |

## PRAYER FOR RELIEF

HWI denies Plaintiff's Prayer for Relief and its subparts and denies that Plaintiff is entitled to any damages or relief.

## AFFIRMATIVE DEFENSES

Plaintiff has failed to mitigate damages, if any.

Plaintiff's damages, if any, are the result of a pre-existing injury.

Any violation, if it occurred, is a result of a bona fide error.

Plaintiff's damages complained of are the result of a third party over whom HWI has no control.

WHEREFORE, PREMISES CONSIDERED, Defendant Hunter Warfield, Inc., respectfully requests that this Court dismiss with prejudice all claims against Defendant.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Dated: November 8, 2022.   Respectfully submitted,

**FROST ECHOLS LLC**

*/s/* KHARI M. FERRELL
KHARI M. FERRELL
Mailing Address:
P.O. Box 12645
Rock Hill, SC 29731
Physical Address:
2100 Alamo Rd., Unit T
Richardson, TX 75080
Phone: (817) 890-4357
Email:Khari.Ferrell@frostechols.com

***COUNSEL FOR DEFENDANT
HUNTER WARFIELD, INC.***

### CERTIFICATE OF SERVICE

The undersigned certifies that she forwarded a copy of the foregoing pleading to all parties entitled to notice of same via **Email/CMRR** on this 8th day of November 2022:

Mae Rushing
12500 Merit Dr., Apt. 6316
Dallas, Texas 75251
Phone: (945) 241-7340
Fax: (888) 509-3910
Email: maerushing01@gmail.com

*Plaintiff—Pro se*

/s/ Khari Ferrell
KHARI M. FERRELL